**Order entered February 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01485-CV

## DANIEL K. HAGOOD, P.C. AND FITZPATRICK HAGOOD SMITH AND UHL, LLP, Appellants

### V.

### KUNAL KAPAI, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04027-D**

## ORDER

Before the Court is appellee's February 13, 2019 first unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 4, 2019.

/s/     BILL WHITEHILL
         JUSTICE